

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES ANDERSON,

        Petitioner,

vs.

FRANCISCO QUINTANA, Warden,

        Respondent.

Case No. CV 11-2317 RGK (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice. Petitioner's motion to file an amended complaint is DENIED as moot.

DATE: 06-20-11

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE