FILED
CLERK, U.S. DISTRICT COURT
JUN 20 2011
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANDERSON,<br><br>　　　　　　Petitioner,<br>　　vs.<br>FRANCISCO QUINTANA, Warden,<br><br>　　　　　　Respondent. | Case No. CV 11-2317 RGK (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: 06-20-11

　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE